

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-19-00835-CR

Jesus Gonzalez-**GALLEGOS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6182
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's counsel, Frank Sandoval, has filed a motion to withdraw as attorney of record for appellant in this appeal. The motion is GRANTED. *See* TEX. R. APP. P. 6.5.

It is therefore ORDERED that this appeal is ABATED to the trial court for appointment of new appellate counsel. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is ORDERED to appoint appellate counsel and to cause the trial court clerk to file a supplemental clerk's record containing documentation of such appointment **within 15 days** from the date of this order. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. All appellate deadlines are suspended pending reinstatement of the appeal.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court